#400

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MONICA M. THOMPSON, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | NO.: |
| v. | : | |
| | : | **16   2847** |
| RETAIL GROUP OF AMERICA, LLC | : | |
|   d/b/a F&F, | : | |
|     Defendant | : | |

### COMPLAINT AND JURY DEMAND

**I.    INTRODUCTION**

Plaintiff, Monica M. Thompson ("Plaintiff"), claims of Defendant, Retail Group of America, LLC d/b/a F&F ("Defendant") a sum in excess of $150,000.00 in damages upon causes of action whereof the following are a statement:

1.    This action for declaratory, injunctive, monetary and other appropriate relief is brought by Plaintiff to redress violations by Defendant of rights secured to Plaintiff by the laws of the United States of America.

2.    The original jurisdiction of this Court is invoked pursuant to Title 28 U.S.C. § 1331, and the claim is substantively based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. ("Title VII"), as amended by 42 U.S.C. §1981.  This claim is being brought to redress the arbitrary, improper, unlawful, willful, deliberate and intentional acts of sexual harassment and retaliation engaged in by the Defendant, which ultimately resulted in Plaintiff's constructive termination.  Plaintiff also asserts sexual harassment and retaliation discrimination claims arising under the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §951, et seq.

## II.   **JURISDICTION AND VENUE**

3.     The jurisdiction of this Court is invoked pursuant to Title 28 U.S.C. §1331 and Title 42 U.S.C. §2000e-5(f), which provide for original jurisdiction of Plaintiff's claim arising under the laws of the United States and over actions to recover damages and to secure equitable and other relief under the appropriate governing statutes.

4.     The venue of this Court is invoked pursuant to the dictates of Title 28 U.S.C. §1391(c).

5.     The supplemental jurisdiction of this Court is invoked pursuant Title 28 U.S.C. §1367 to consider Plaintiff's claims arising under the PHRA.

6.     All conditions precedent to the institution of this suit have been fulfilled. On May 10, 2016, a Notice of Right to Sue was issued by the U. S. Equal Employment Opportunity Commission.  This action has been filed by the Plaintiff within ninety (90) days of receipt of said notice.  The Plaintiff has exhausted all other jurisdictional prerequisites to the maintenance of this action.

## III.   **PARTIES**

7.     Plaintiff, Monica M. Thompson, is an adult citizen of the Commonwealth of Pennsylvania who resides therein at 3736 W. Country Club Road, Philadelphia, Pennsylvania.

8.     Defendant, Retail Group of America, LLC d/b/a F&F, was and is now a corporation duly organized and existing under the laws of the Commonwealth of Pennsylvania and State of New York and maintains a place of business located at 260 Exton Square Parkway, Store #90603, Exton, Pennsylvania, with its principle place of business located at 3 West 35th Street, 3rd Floor, New York, New York.

9.     At all times relevant hereto, the Defendant was acting through its agents, servants and employees, who were authorized and acting within the scope of their authority, course of employment, and under the direct control of the Defendant.

10.    At all times material herein, the Defendant has been a "person" and "employer" as defined under Title VII and the PHRA, and are subject to the provisions of each said Act.

## IV.    STATEMENT OF CLAIMS

11.    Plaintiff was employed by Defendant from on or about September 20, 2014, until February 18, 2015, when she was constructively terminated as a result of unlawful employment practices complained of herein.

12.    During the course of her employment, Plaintiff held the position of Visual Merchandiser, and at the time of her constructive termination was earning approximately $23,660.00 per annum, plus benefits.  Throughout the course of her employment, Plaintiff performed her job functions in a dutiful and competent manner.

13.    During the course of her employment, Plaintiff was subjected to various instances of uninvited and unwanted sexual harassment by Defendant's Assistant Manager, Roberta Harrison ("Harrison"), which conduct included, but were not limited to, inquiring about the Plaintiff's sexual relationship with her boyfriend and the size of his sexual anatomy, initiating sexually inappropriate jokes, showing Plaintiff sexually-inappropriate images, as well as engaging her in conversations regarding her own sexual experiences in graphic detail.

14.    Plaintiff registered several complaints to Defendant's management and Human Resources Department regarding Harrison's unwanted and unwelcome

- 3 -

sexually-offensive conduct. Plaintiff also complained to her managers Nicolai Rivera ("Rivera") and Lynneka Clark ("Clark") regarding Harrison's sexually-inappropriate and harassing conduct.

15.   Notwithstanding the complaints Plaintiff registered, as aforesaid, no remedial action was taken by Defendant to cause the harassment to cease and desist.

16.   Subsequent to registering said complaints, Plaintiff's hours were significantly decreased with no explanation while other managers and department leads' hours stayed the same.

17.   Plaintiff registered another complaint advising Defendant that her drastic decrease in hours was in retaliation for having previously complained of sexual harassment.

18.   As a result of the sexually hostile work environment and Defendant's failure to respond and remediate the same on her behalf, Plaintiff resigned her position of employment on or about February 18, 2015.

19.   Plaintiff believes and therefore avers that as a direct result of her complaints of unwanted and uninvited sexually-offensive conduct, Defendant subjected her to instances of retaliation which ultimately resulted in her constructive termination, as aforesaid.

## COUNT I
### Title VII
### (Sexual Harassment/Retaliation/Constructive Termination)
### Plaintiff v. Defendant

20.   Plaintiff incorporates by reference paragraphs 1 through 19 of her Complaint as though fully set forth herein at length.

- 4 -

21. Defendant has engaged in unlawful practices in violation of Title VII. The said unlawful practices for which Defendant is liable to Plaintiff include, but are not limited to, fostering and perpetuating a sexually-hostile and offensive working environment, subjecting Plaintiff to unlawful sexual harassment and, subjecting Plaintiff to retaliation after she complained about said harassment, and causing Plaintiff's constructive termination.

22. As a direct result of Defendant Corporation's willful and unlawful actions in violation of Title VII, Plaintiff has suffered emotional distress, humiliation, embarrassment, loss of self-esteem and has sustained a loss of earnings, plus the value of the aforementioned benefits, plus loss of future earning power, plus loss of back pay and front pay and interest due thereon.

## COUNT II
## PHRA
### (Sexual Harassment/Retaliation/Constructive Termination)
### Plaintiff v. Defendant

23. Plaintiff incorporates by reference paragraphs 1 through 22 of her Complaint as though fully set forth herein at length.

24. Defendant has engaged in unlawful practices in violation of the PHRA. The said unlawful practices for which Defendant is liable to Plaintiff include, but are not limited to, fostering and perpetuating a hostile and offensive working environment, subjecting the Plaintiff to unlawful sexual harassment, and subjecting Plaintiff to retaliation after she complained about said harassment, and causing Plaintiff's constructive termination.

- 5 -

25.    As a direct result of Defendant Corporation's willful and unlawful actions in violation of Title VII, Plaintiff has suffered emotional distress, humiliation, embarrassment, loss of self-esteem and has sustained a loss of earnings, plus the value of the aforementioned benefits, plus loss of future earning power, plus loss of back pay and front pay and interest due thereon.

## PRAYER FOR RELIEF

26.    Plaintiff incorporates by reference paragraphs 1 through 25 of her Complaint as though fully set forth at length herein.

WHEREFORE, Plaintiff requests this Court to enter judgment in her favor and against Defendant and order that:

(a)    Defendant compensate Plaintiff for the wages and other benefits and emoluments of employment lost, because of their unlawful conduct;

(b)    Defendant pay to Plaintiff compensatory damages for future pecuniary losses, pain, suffering, inconvenience, mental anguish, loss of employment of life and other non-pecuniary losses as allowable;

(c)    Defendant pay to Plaintiff punitive damages (under Title VII), pre and post judgment interest, costs of suit and attorney and expert witness fees as allowed by law;

(d) The Court award such other relief as is deemed just and proper.

## JURY DEMAND

Plaintiffs demand trial by jury.

**THE LOVITZ LAW FIRM, P.C.**

By:_____ /s KIL 1934

KEVIN J. LOVITZ, ESQUIRE
ID # 70184
1700 Market Street, Suite 3100
Philadelphia, PA 19103
(215) 735-1996 Phone
(215) 735-1515 Fax
Attorney for Plaintiff,
Monica M. Thompson

JS 44 (Rev. 12/12) **CIVIL COVER SHEET**

16 CV 2847

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Monica M. Thompson | Retail Group of America, LLC d/b/a F&F |
| **(b)** County of Residence of First Listed Plaintiff   Philadelphia<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Chester<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Kevin I. Lovitz, Esquire<br>The Lovitz Law Firm, P.C.<br>1700 Market Street, Suite 3100, Phila., PA 19103 | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §2000e et seq.
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 150,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

JUN - 9 2016

DATE  6/9/16
SIGNATURE OF ATTORNEY OF RECORD   S.T.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

**APPENDIX A**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **3736 W. Country Club Road, Philadelphia, Pennsylvania**                16        2847

Address of Defendant: **3 West 35th Street, 3rd Floor, New York, New York**

Place of Accident, Incident or Transaction: **260 Exton Square Parkway, Store #90603, Exton, Pennsylvania**

*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities?                                                     Yes ☐      No ☑

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

    Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

    Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

    Yes ☐   No ☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

| | |
|---|---|
| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
| 1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. ☐ Insurance Contract and Other Contracts |
| 2. ☐ FELA | 2. ☐ Airplane Personal Injury |
| 3. ☐ Jones Act-Personal Injury | 3. ☐ Assault, Defamation |
| 4. ☐ Antitrust | 4. ☐ Marine Personal Injury |
| 5. ☐ Patent | 5. ☐ Motor Vehicle Personal Injury |
| 6. ☐ Labor-Management Relations | 6. ☐ Other Personal Injury (Please specify) |
| 7. ☐ Civil Rights | 7. ☐ Products Liability |
| 8. ☐ Habeas Corpus | 8. ☐ Products Liability — Asbestos |
| 9. ☐ Securities Act(s) Cases | 9. ☐ All other Diversity Cases |
| 10. ☐ Social Security Review Cases | (Please specify) |
| 11. ☑ All other Federal Question Cases (Please specify) **42 U.S.C. §2000e et seq.** | |

## ARBITRATION CERTIFICATION

*(Check appropriate Category)*

I, **Kevin I. Lovitz, Esquire** _____ , counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: **6/9/16** _____                                                   **70184**

                        Attorney-at-Law                                                   Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **6/9/16** _____                                                   **70184**

                        Attorney-at-Law                                                   Attorney I.D.#

CIV. 609 (9/99)

JUN - 9 2016



**IN THE UNITED STATES DISTRICT COURT**    **APPENDIX C**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Monica M. Thompson | : | CIVIL ACTION |
| | : | |
| v. | : | 16    2847 |
| | : | |
| Retail Group of America, LLC d/b/a F&F | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)    Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.                         ☐

(b)    Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ☐

(c)    Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.         ☐

(d)    Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.                                           ☐

(e)    Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                          ☐

(f)    Standard Management -- Cases that do not fall into any one of the other tracks.                    ☑

_6/9/16_
**Date**

_____
**Attorney-at-law**

**Kevin I. Lovitz, Esquire**
_____
**Attorney for** Monica M.

(Civ. 660) 7/95

JUN -9 2016